# United States Court of Appeals
## For the First Circuit

No. 24-1741

JOHAN JOSE TAVERAS MARTÍNEZ,

Petitioner,

v.

TODD BLANCHE, Acting Attorney General,

Respondent.

**ERRATA SHEET**

The opinion of this Court, issued on April 17, 2026, is amended as follows:

On page 4, line 5, replace "August" with "April"